No. 119. MURRAY ET AL. *v.* CURLETT ET AL., CONSTITUT-ING THE BOARD OF SCHOOL COMMISSIONERS OF BALTIMORE CITY. Certiorari, *ante,* p. 809, to the Court of Appeals of Maryland; and

No. 142. SCHOOL DISTRICT OF ABINGTON TOWNSHIP, PENNSYLVANIA, ET AL. *v.* SCHEMPP ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania. (Probable jurisdiction noted, *ante,* p. 807.) The motion of the American Ethical Union for leave to file a brief, as *amicus curiae,* is granted. *Herbert A. Wolff* and *Leo Rosen* on the motion.

No. 430. ARROW TRANSPORTATION CO. ET AL. *v.* SOUTH-ERN RAILWAY CO. ET AL. Certiorari, *ante,* p. 859, to the United States Court of Appeals for the Fifth Circuit. The motions of Statesville Flour Mills, Walley Milling Co., Southern Governors' Conference et al. and the National Association of Railroad & Utilities Commissioners for leave to file briefs, as *amici curiae,* are granted. *Whiteford S. Blakeney* on the motion for Statesville Flour Mills. *John W. Vardaman* on the motion for Walley Milling Co. *Eugene Cook,* Attorney General of Georgia, *Paul Rodgers,* Assistant Attorney General, and *Walter R. McDonald* on the motion for Southern Governors' Conference et al. *Austin L. Roberts, Jr.* and *R. Everette Kreeger* on the motion for the National Association of Railroad & Utilities Commissioners.

No. 449, Misc. KIRK *v.* SHERIFF OF LOS ANGELES COUNTY. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *William E. James,* Assistant Attorney General, for respondent.